UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 22-cv-23452-KMW

JAMES WATSON

    Plaintiff,
v.

RASPOUTINE MIAMI LLC.,
d/b/a Raspoutine

    Defendant.
_____/

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, JAMES WATSON, by and through the undersigned counsel, pursuant to Rule 41(a), Fed. R. Civ. P., hereby gives notice that he voluntarily dismisses this action with prejudice against, Defendant, RASPOUTINE MIAMI LLC., d/b/a Raspoutine, and respectfully requests this Court to terminate the action.

Respectfully submitted on this March 8, 2023.

By: */s/ J. Courtney Cunningham*
J. Courtney Cunningham, Esq.
FBN: 628166
J. COURTNEY CUNNINGHAM, PLLC
8950 SW 74th Court, Suite 2201
Miami, Florida 33156
T:  305-351-2014
cc@cunninghampllc.com
legal@cunninghampllc.com

*Counsel for Plaintiff*

Watson v. Raspoutine Miami LLC<br>
Case No. 22-cv-23452-KMW

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this March 8, 2023, an electronic copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system which will send notice of electronic filing to all parties and Counsel of record.

By: */s/ J. Courtney Cunningham*<br>
J. Courtney Cunningham, Esq.<br>
FBN: 628166<br>
J. COURTNEY CUNNINGHAM, PLLC<br>
8950 SW 74th Court, Suite 2201<br>
Miami, Florida 33156<br>
T:  305-351-2014<br>
cc@cunninghampllc.com<br>
legal@cunninghampllc.com

*Counsel for Plaintiff*
